UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> Plaintiff, § <br> § <br> § CASE: 25-MC-51245 <br> v. § Honorable Susan K. DeClercq <br> § <br> WILLIAM A. SMITH § <br> Defendant § <br> § <br> U.S. BANK § <br> Petitioner | |

### U.S. Bank's Verified Petition and Claim for Possession of the Vessel as Innocent Lien Holder

Claimant U.S. Bank requests that the United States District Court make an "Innocent Lien Holder" decision pursuant to 28 C.F.R. Parts 8 and 9 as well as 28 CFR §8.7 and find that U.S. BANK is "an innocent party with the right to immediate possession of the property or that the release would be in the best interest of justice or the Government."

Preliminarily, U.S. BANK is entitled to possession of the 2021 26' Cruisers 35 Express Yacht, hull identification number CRSEC214B021

    *a.* **U.S. BANK is entitled to "immediate possession" under the terms of the** *Security Agreement.*

U.S. BANK presents this Verified Petition and Claim for Possession of the vessel within 30 days of publication and service of the Preliminary Consent Order of Forfeiture and Notice of Action [See exhibit "A"] and states:

    **A. U.S. BANK is an Innocent Lien Holder.**

1. <u>U.S. BANK has a security interest</u>. U.S. BANK has a security interest in the 2021 36' CRUISERS 35 EXPRESS YACHT with VIN # CRSEC214B021. [See US Bank Recreation Finance National Promissory Note and Security Agreement dated May 21, 2021, attached as Exhibit "B."]

2. <u>U.S. BANK is not legally accountable for Mr. William A. Smith</u>: U.S. BANK entered into a Security agreement with Mr. William A. Smith on or about May 21, 2021, for the 2021 36' CRUISERS 35 EXPRESS YACHT. U.S. BANK maintains a "business" relationship with Mr. Willam A. Smith, and has no agency relationship, e.g., master-servant or employer-employee relationship with either. U.S. BANK exercises no control over Mr. Willam A. Smith's actions beyond those duties expressed in the Security Agreement. [A copy of the Preferred Ship Mortgage is attached as Exhibit "C."].  U.S. BANK did not solicit, conspire, or attempt to commit the conduct, giving rise to the forfeiture.

3. <u>U.S. BANK did not have "…reason to know that the conduct giving rise to the forfeiture was likely to occur."</u> In the period that the vessel had been financed by U.S. BANK, and when it was seized by the United States Department of Justice, U.S. BANK was unaware of any alleged illegal activity by Mr. Willam A. Smith. The Notice of Seizure came as a complete surprise to U.S. BANK.

4. <u>A "forfeiture would constitute an excessive fine in violation of the 8th Amendment to the United States Constitution."</u> The federal courts have recognized proportionality and the 2021 36' Cruisers 35 Express Yacht is

subject to the 8th Amendment to the United States Constitution's disproportionate penalties analysis. Any property forfeiture should be denied in whole or in part when such a "forfeiture would constitute an excessive fine in violation of the 8th Amendment to the United States Constitution," as well as violating the holding of *Timbs v. Indiana*, 586 U.S. 146 (2019).[1]

5. U.S. BANK is an **"innocent lien holder."** As a result of the seizure by the U.S. Marshal Service, U.S. BANK now has the superior right to immediate possession of the 2021 36' CRUISERS 35 EXPRESS YACHT.

B. **U.S. BANK is entitled to "immediate possession" under the terms of the U.S. Bank Recreation Finance National Promissory Note and Security Agreement, dated May 21, 2021, Preferred Ship Mortgage dated May 21, 2021 and Michigan state law as Mr. Willam A. Smith is a purchaser who is in default.**

1. As stated above, U.S. BANK entered into a Security Agreement and Promissory Note with Mr. Willam A. Smith on May 21, 2021. [See Exhibit "B".]

2. The Security Agreement in section labeled "Default" states: "To the extent permitted by state law, you will be in default under this Note if any of the following things happen: (6) the Collateral is seized, confiscated or levied upon by governmental or legal process.

---

[1] The United States Supreme Court, in a 9-0 opinion, Justice Ginsburg, wrote that that the Eighth Amendment's Excessive Fines Clause was incorporated by the Due Process Clause of the Fourteenth Amendment and the United States Constitution protected against "…excessive punitive economic sanctions secured by the Clause was both fundamental to our scheme of ordered liberty and deeply rooted in our nation's history and tradition." Justice Thomas, in the concurring opinion, discussed excessive fines: "The right against excessive fines traces its lineage back in English law nearly a millennium, and from the founding of our country, it has been consistently recognized as a core right worthy of constitutional protection. As a constitutionally enumerated right understood to be a privilege of American citizenship, the Eighth Amendment's prohibition on excessive fines applies in full to the States."

3. **"Remedies for Default.** If you are in default, under this Note, we may take any one or more of the following actions, to the extend not prohibited by state law (1) terminate this Note and declare the entire unpaid debt immediately due and payable if allowed by law; (2) take possession of the collateral without prior demand, unless notice or demand is required by law; (3) take any reasonable action to prevent the default or our loss…" [Exh. B. page 3.]

4. Under §9-609 of the Uniform Commercial Code-Secured Transactions after default, a secured party "may take possession of the collateral," and may do so "pursuant to judicial process" or "without judicial process, if it proceeds without breach of the peace."

5. The 2021 36' CRUISERS 35 EXPRESS YACHT remains within a private marina and, pursuant to terms of the sales agreement U.S. BANK provides the U.S. District Court with notice that U.S. BANK has a superior right of immediate possession to the vessel and that Mr. Willam A. Smith is in default.

6. U.S. BANK had an immediate right to possession of the 2021 36' CRUISERS 35 EXPRESS YACHT as a matter of law.

C. **U.S. BANK's customer—Mr. Smith—has no equity in the vessel.**

1. As stated above, on May 21, 2021, Mr. Willam A. Smith entered a 35-month Security agreement with U.S. BANK. He put down $80,000 in cash. His monthly payment is $2042.81 for 240 months, and was due on the 20th of each month. [The first payment was due on June 20, 2021.]

2. No payments have been made since the vessel was seized by the DOJ.

**3.** The last communicated unpaid balance on the lien for the 2021 36' CRUISERS 35 EXPRESS YACHT was $294,841.33 as of September 5, 2024. [See Exhibit "D"]

**4.** The average retail value for the year, make and model vessel located in Michigan according to J.D. Power is $266,050. [See exhibit "E"] which demonstrates that U.S. BANK has a greater secured interest in the vessel than Mr. Smith.

**5.** U.S. BANK has incurred attorney fees, legal expenses, legal costs, administrative costs, and will continue to do so for as long as this vessel remains in a forfeiture and seizure status. Further, once the vessel is released, U.S. BANK will incur additional expenses to remove, tow, secure and store the vessel until final disposition.

**6.** U.S. BANK has the significant secured interest in this vessel, and Mr. Smith has no equity in the 2021 36' CRUISERS 35 EXPRESS YACHT.

**7.** U.S. BANK is entitled to immediate possession.

In support of U.S. BANK's Petition for Possession of the 2021 36' Cruisers 35 Express Yacht, U.S. BANK incorporates by reference the following exhibits:

**Exhibit A**: Notice of Preliminary Order of Forfeiture dated September 15, 2025

**Exhibit B:** *Security Agreement*: The Bill of Sale, finance agreement, Promissory Note between U.S. BANK and Mr. Willam A. Smith, May 21, 2021.

**Exhibit C**: Preferred Ship Mortgage for the SS Duo hull identification number CRSEC214B021 signed by William A. Smith and notarized on May 21, 2021.

**Exhibit D**: Delinquency Letter for 2021 dated 9-5-24 for 36' Cruisers 35 Express Yacht, hull identification number CRSEC214B021

**Exhibit E**: J.D. Power Value for 2021 36' Cruisers 35 Express Yacht

**WHEREFORE**, U.S. Bank prays that this Court make an "Innocent Lien Holder" decision pursuant to 28 C.F.R. Parts 8 and 9 as well as 28 CFR §8.7 and find that U.S. BANK is "an innocent party with the right to immediate possession of the property or that the release would be in the best interest of justice" for the reasons stated above.

Dated: _____ 10/7/2025

I, Josh Clark, employee of U.S. Bank, declare under the penalty of perjury that the foregoing is true and accurate.

Josh Clark, Officer.
U.S. Bank, Lunken Operations Center
5065 Wooster Road, Cincinnati, OH 45226

Dated: October 7, 2025

                                         _(s) Ann Gamboe Hall, P70896_
                                         **GOLDFEIN & ASSOCIATES, P.C.**
                                         **ATTORNEYS AT LAW**
                                         4575 WEBB BRIDGE ROAD, #2098
                                         ALPHARETTA, GA 30005-4526
                                         Attorney for U.S. BANK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | |
| § | CASE: 25-MC-51245 |
| v. § | Honorable Susan K. DeClercq |
| § | |
| WILLIAM A. SMITH § | |
| Defendant, § | |
| § | |
| § | |

US BANK
      Petitioner

## Certificate of Service

It is hereby certified that service of U.S. Bank's Verified Petition and Claim for Possession of the Vessel as an Innocent Lienholder in response to the Notice of Stipulated Preliminary Order of Forfeiture has been made on October 8, 2025, upon the following by certified mail and/or e-mail as indicated below:

K. Craig Welkener
Assistant United States Attorney
Via e-mail: Kenton.Welkener@usdoj.gov

Jessica Nathan
Assistant United States Attorney
via email: Jessica.Nathan@usdoj.gov

Gerald K. Evelyn
Attorney for Defendant, William A Smith
Via email: Geraldevelyn@yahoo.com

Robert E. Higbee
Attorney for Defendant, William A. Smith
via email: Robhigbee@gmail.com

2

Jalen Farmer
Attorney for Detroit Riverfront Conservancy
Via email:Jfarmer@honigman.com

Arvin Zora
Attorney for Macray Harbor
via email: azora@orlaw.com

Matthew J. Schneider
Attorney for Detroit Riverfront Conservancy
Via email: Mschneider@honigman.com

*(s) Ann Gamboe Hall, P70896*
**GOLDFEIN & ASSOCIATES, P.C.**
**ATTORNEYS AT LAW**
4575 WEBB BRIDGE ROAD, #2098
ALPHARETTA, GA 30005-4526
Attorney for U.S. BANK