UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　Plaintiff, | §<br>§<br>§<br>§   CASE: 25-MC-51245 |
| v. | §   Honorable Susan K. DeClercq<br>§ |
| WILLIAM A. SMITH<br>　　　　　　　Defendant, | §<br>§<br>§<br>§ |

US BANK
　　　　Petitioner

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Notice of Preliminary Order of Forfeiture dated September 15, 2025 |
| B | Bill of sale, finance agreement, promissory note between U.S. Bank and Mr. William A. Smith dated May 21, 2021 |
| C | Preferred Ship Mortgage for the SS Duo hull identification number signed by William A. Smith and notarized on May 21, 2021 |
| D | Delinquency Letter dated 9-5-24 for 36' Cruisers 35 Express Yacht, hull identification number CRSEC214B021 |
| E | J.D. Power value for 2021 Cruisers 35 Express Yacht |