

|  | **U.S. Department of Justice** |
|---|---|
|  | United States Attorney's Office<br>Eastern District of Michigan |
| *K. Craig Welkener*<br>Assistant United States Attorney | 211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>Telephone: (313) 226-0248<br>Facsimile: (313) 226-2311<br>E-Mail: Kenton.Welkener@usdoj.gov |

<u>*VIA EMAIL*</u>                                                                         September 15, 2025

Ann Hall
Counsel for U.S. Bank
Via email: ann.hall@goldfeinpc.law

      Re:    U.S. vs. William A. Smith
                Case No. 2:24-CR-20532

Dear Ann Hall:

      Enclosed, please find copies of the following documents: **Notice of Preliminary Order of Forfeiture** and **Certificate of Service** relating to the above captioned case.

      You are receiving these documents as counsel for U.S. Bank who may have a legal interest as to the property listed in the attached Notice of Preliminary Order of Forfeiture.  If you feel that U.S. Bank has a legal interest in any of the property, please follow the directions on the enclosed Notice of Preliminary Order of Forfeiture.  **Please note that any petition filed claiming an interest in the property <u>must be signed under penalty of perjury</u>**.  If you do not feel that U.S. Bank has an interest in the property, you do not need to take any further action.  The property has already been forfeited to the government and will be disposed of accordingly after the noted deadlines have passed.  If you are not authorized to accept service on behalf of U.S. Bank, please notify our office at once and return the enclosed documents to this office.

      If you have any further questions regarding these documents, please feel free to contact our office.

      Sincerely,

      JEROME F. GORGON JR.
      United States Attorney

      K. Craig Welkener
      Assistant U.S. Attorney

      *Karen Merritt*

      Karen Merritt
Enclosures      Paralegal Specialist

## NOTICE OF STIPULATED PRELIMINARY ORDER OF FORFEITURE

This is an advertisement required by Title 21 U.S.C. § 853(n).

UNITED STATES V. WILLIAM A. SMITH
Criminal No. 24-CR-20532

In the District Court of the United States for the Eastern District of Michigan, Southern Division, notice is hereby given that on April 7, 2025, a Stipulated Preliminary Order of Forfeiture was entered by the United States District Court, and later amended on August 8, 2025, forfeiting to the United States of America and its assignees interest in the following property:

a. $104,682.19 in funds from Bank Account XXXXX9397 held in the name of Charlotte Smith and William Smith, III at JPMorgan Chase Bank, N.A. Monroe, LA (24-FBI-006702);
b. $77,827.38 sale proceeds in lieu of 880 E. M. L. K., Idlewild, MI plus any additional funds realized after closing (25-FBI-000254);
c. Cashier's check in the amount of $72,721.60 remitted to the United States Marshal Service by Global Escrow Solutions LLC from the sale of Pedregal One 203, Los Cabos, Baja California Sur, Mexico (25-FBI-000356);
d. All funds on deposit in Chase Bank Account 0995 (approximately $3,523.01 as of 01/30/2025) (25-FBI-003125);
e. All funds on deposit in Chase Bank Account 2235 (approximately $1,477.88 as of 01/30/2025) (25-FBI-003126);
f. All funds on deposit in Chase Bank Account 9324 (approximately $3,290.19 as of 01/30/2025) (25-FBI-003127);
g. All funds on deposit in Chase Bank Account 5531 (approximately $1,119.08 as of 01/30/2025) (25-FBI-003128);
h. All funds on deposit in Chase Bank Account 9099 (approximately $1,055.67 as of 01/30/2025) (25-FBI-003129);
i. All funds on deposit in Chase Bank Account 2159 (approximately $947.99 as of 01/30/2025) (25-FBI-003130);
j. All funds on deposit in Chase Bank Account 1285 (approximately $1,084.26 as of 01/30/2025) (25-FBI-003131);
k. All funds on deposit in Chase Bank Account 3552 (approximately $199.21 as of 01/30/2025) (25-FBI-003132);
l. All funds on deposit in Chase Bank Account 8716 (approximately $946.88 as of 01/30/2025) (25-FBI-003133);
m. All funds on deposit in Chase Bank Account 2056 (approximately $908.80 as of 01/30/2025) (25-FBI-003134);
n. All funds on deposit in Chase Bank Account 7183 (approximately $1,547.55 as of 01/30/2025) (25-FBI-003135);
o. All funds on deposit in Chase Bank Account 9169 (approximately $127.94 as of 01/30/2025) (25-FBI-003136);
p. All funds on deposit in Chase Bank Account 0106 (approximately $2,364.23 as of 01/30/2025) (25-FBI-003137);

q. [Asset q intentionally removed – no value];
r. All funds on deposit in Chase Bank Account 7813 (approximately $32,389.49 as of 01/30/2025) (25-FBI-003139);
s. All Funds on deposit in the Capital Group Detroit Riverfront Conservancy 401K Account, Plan ID XXXX3824 (approximately $633,982.87 as of 10/17/2024);
t. All Funds on deposit in the 401K Account for William Anthony Smith at Paychex, Inc. (approximately $15,000 as of 2/11/2025) (25-FBI-003138);
u. 2021 Bombardier Can-Am motorcycle, VIN 2BXRDDE41MV000025 (25-FBI-003524);
v. 2021 Bombardier Can-Am motorcycle, VIN 2BXRDDE42MV000017 (25-FBI-003525);
w. 2020 Mercedes Sprinter van, VIN W1WV0FEY8L3745030 (25-FBI-003526);
x. 2019 Jeep Wrangler, VIN 1C4HJXEG7KW533798 (25-FBI-003443);
y. 2022 Chevrolet passenger van, VIN 1GAZGPF77N1214302 (25-FBI-003527);
z. 2021 36' Cruisers 35 Express Yacht, hull identification number CRSEC214B021, and any proceeds from the sale thereof (25-FBI-002901);

aa. Miscellaneous Electronics (24-FBI-008705):
   1. Lenova YOGA Laptop Computer 920-13IKB, SN: PF116TJR;
   2. HP Envy X360 m6 Convertible Laptop, SN: 8CG640332C;
   3. MacBook Pro, Model A1286, SN: C02HH5SJDV33;
   4. iPad 32GB, Model A1397, SN: DLXFPBM4DKPM;
   5. iPad, Model A1454, SN: F4KK923BF19G;
   6. iPad, Model A1432, SN: F4KJPF87F198;
   7. MacBook Air, Model A1370, SN: C02GV5SRDJYD;
   8. Lenovo YOGA 920-13IKB Laptop, Model 80Y7, SN: PF17CB6R;
   9. Flip phone, SN: Unknown;
   10. Cruzer Glide 8GB Flashdrive, SN: Unknown;
   11. Blackberry KEY2 phone, Model BBE100-5 with plastic cover, SN: Unknown;
   12. Blackberry phone, red in color, SN: Unknown;
   13. Blackberry phone, SN: Unknown;
   14. Barnes & Noble Nook Tablet, Model BNTV250, SN: Unknown;

bb. Box of Clothing (24-FBI-008706):
   1. THRT, tan and cammo leather pants;
   2. Black Gucci pants, size XXXL, style 698426;
   3. Black Gucci jacket, red and green stripes down sleeves, size XXXL, style 696802;
   4. We Are Legend, tan long sleeved shirt;
   5. We Are Legend button shirt, orange and black sealed in bag;
   6. We Are Legend pants, orange and black sealed in bag;
   7. Paper Planes pants, diamond pattern, gray, white, and black;
   8. Detroit Pistons #2 shirt;
   9. Detroit Pistons Basketball dry fit long sleeve shirt;
   10. Green and white striped collared shirt;
   11. THRT jeans;
   12. Paper Planes Robe XL/XXL, diamond pattern, gray, white, and black;

      13. Puma, dry cell pants, black;
      14. Puma, black jacket, 3XL;
      15. Paper Planes knit pants, black, style 610003;
      16. Paper Planes knit pants, black with white around ankles, style 610013;
      17. Paper Planes solid black pants, style 600112;
      18. Paper Planes solid black pants, style 600112;
      19. Paper Planes solid black pants, style 600112;
      20. Gray pony socks;
      21. White Paper Planes socks;
      22. Black Paper Planes socks;
      23. Black Paper Planes knit beanie;
      24. Black Paper Planes t-shirt;

cc. Miscellaneous Clothing and Accessories (24-FBI-008707):
    1. Pistons Jacket;
    2. Louis Vuitton Shoes, cream leather sneakers in box with dust bag;
    3. Louboutin Backpack, black and red;
    4. Givenchy Shoes, black no lace sneakers in box with dust bag;
    5. Givenchy Shoes, black leather loafers, white sole, red band across top in box with dust bag;
    6. Louboutin Shoes, black short boots in box with dust bag;
    7. Alexander McQueen Black Men's Sneakers in box;
    8. Fendi Shoes, solid black sneakers in box with dust bag;
    9. Louboutin Shoes, black sneakers with red rippled soles in box with dust bag;
   10. Louboutin Shoes, cream and tan sneakers with white laces in box with dust bag;
   11. Louboutin Shoes, black and gray high tops in box;
   12. Louboutin Shoes, light blue high tops in box with dust bag;
   13. Louboutin Shoes, dark blue suede high tops in box with dust bag;
   14. Louis Vuitton Shoes, black and blue sneakers in box with dust bag;
   15. Louis Vuitton Shoes, Black leather with laces, white sole in box with dust bag;
   16. Louis Vuitton Shoes, Black and gray sneaker with laces in box with dust bag;
   17. Gucci Wallet, black with red and green stripe, in box;
   18. Gucci Hat, wicker with red and black ribbon, in box;
   19. Gucci Scarf, navy in box;
   20. Gucci Scarf, black and gray shimmer in box;
   21. Louis Vuitton Handbag, green with logos, and two sets of straps, one green one gold chain in box;
   22. Gucci Shoes, white leather with red laces in box with dust bag;
   23. Fendi Handbag, light and dark brown in box;
   24. Balenciaga handbag, gray with red and green stripe in box;
   25. Louboutin Shoes, brown leather sandals in box with dust bag;
   26. Gucci Shoes, black sneakers with red and green stripes in box with dust bag;
   27. Gucci Wallet, gold logo with pearls in box;
   28. Gucci Wallet, tan with Gucci small logos, red and green stripes in box;
   29. Louis Vuitton Scarf, black and gray in box;

      30. Louis Vuitton Wallet, tan leather in box with bag;
      31. Burberry Purse with cashmere scarf, brown plaid pattern;
      32. Gucci Shoes, black boots in box with dust bag;
      33. Gucci Shoes, white sneakers with red and blue stripes in box with dust bag;
      34. Gucci Slides, pink in box with dust bag;
      35. Givenchy Shoes, black leather loafers, white sole in box;
      36. Gucci Fanny Pack, white with red and black strap;
      37. Chanel Handbag, black with chain handle in box with dust bag;
      38. Louis Vuitton Scarf, brown with tan logos in box;
      39. Gucci Tall Boots, tan with logos in box with dust bag;

dd. Miscellaneous Clothing and Accessories (24-FBI-008708):
    1. Calvin Klein black classic fit t-shirts;
    2. Puma Clyde Post Game Runway shoes in regal blue-burnt red, size 13;
    3. Pack of Calvin Klein boxers, size XL;
    4. Puma x Dapper Dan T7 Jacket XXL in Regal Blue;
    5. Puma x Dapper Dan T7 Pants in Regal Blue;
    6. Puma x Dapper Dan T7 Bucket Hat L/XL in Regal Blue;
    7. Legacy History Pride sweatshirt, purple and yellow trim;
    8. Legacy History Pride shorts, purple and yellow trim;
    9. Paper Planes pants, khaki colored;
    10. White Paper Planes socks, size XL;
    11. Puma x Dapper Dan white 'Harlem' shirt;

ee. Miscellaneous Shoes (24-FBI-008709):
    1. Gucci Men's Monogram Logo Low-top white Sneaker size 13 in box;
    2. Puma Men's Clyde OG 75 Lace Up Sneakers size 13 in box;

ff. Miscellaneous Clothing and Accessories (24-FBI-008710):
    1. Gucci 'Ace' ultra light plume calf white sneakers with red/green stripe size 13 in box;
    2. Gucci Monogram top handle canvas handbag in box;
    3. Gucci zip up hooded jacket, white with red and blue stripes, style 693024, size XXXL;
    4. Gucci Ace ultra light plume calf white sneakers with red/green stripe, size 13 in box;

gg. Miscellaneous Shoes (24-FBI-008711):
    1. Louboutin Triumph Bally 1851 sneakers, white/blue calf plain, size 13 in box;
    2. Gucci shearling loafers blue with red and green strip size 13 in box;
    3. Gucci tennis 1977 GG canvas casual men's brown sneakers size 13;
    4. Gucci Ace Stripe Leather Sneaker, 'White Red Black' Men's Size 12 1/2 in box;

    hh.  Miscellaneous Clothing and Accessories (24-FBI-008712):
        1. Gucci Women's 100 Rhyton Sneaker Beige Monogram Euro size 42;
        2. Gucci 100 Cream/Red Silk Monogram Floral Print scarf;

    ii.  Twelve (12) Pairs of Designer Sunglasses (24-FBI-008713):
        1. Prada sunglasses, yellow;
        2. Prada sunglasses, blue, in box;
        3. Two-toned brown Louis Vuitton sunglasses with curved arms;
        4. Gucci sunglasses, aviators;
        5. Gucci tortoise sunglasses with silver arms in case;
        6. Gucci sunglasses wire frame in burgundy case;
        7. Gucci sunglasses, black, in case;
        8. Gucci tortoise sunglasses in case;
        9. Louis Vuitton sunglass in orange box;
        10. Louis Vuitton sunglasses in case;
        11. Brown Gucci sunglasses with tortoise print in case;
        12. Gucci sunglasses in case, solid brown;

    jj.  Miscellaneous Purses (24-FBI-008714):
        1. MCM Cognac Visetos Jemison Box Bag with studs, black strap, silver color hardware. SN: MWR9SJV3CO001 10751811;
        2. MCM Cognac Visetos Boston 18 cm Mini satchel. Model/SN: MWB9ASE25CO001 10031908;
        3. Saint Laurent College large black chevron quilted matte leather envelope flap bag with tonal hardware. Model: GUE 487212;

    kk.  Three (3) Gucci Purses (24-FBI-008716):
        1. Gucci Marmont Matelassé Shoulder bag, navy with ivory trim. Model 443497 213317;
        2. Gucci Marmont Torchon GG Diagonal Quilted Mini Bucket Bag navy and ivory trim, Model 573817 525040;
        3. Gucci GG Supreme Monogram Camera Shoulder bag beige and black with web strap;

    ll.  Two (2) Ballgowns (24-FBI-008717):
        1. Navy Chiara Boni ballgown;
        2. Navy lace Janique ballgown, style JA5013, size 16;

    mm.  Miscellaneous Clothing and Accessories (24-FBI-008718):
        1. Black Cariaggio cashmere scarf;
        2. Louis Vuitton Monogram Coated canvas Purse, brown with tan strap;
        3. Louis Vuitton Monogram Coated, top handle canvas Purse, brown and tan handle, in cloth bag;

    nn.  Miscellaneous Clothing and Accessories (24-FBI-008719):

      1. Louis Vuitton Monogram Coated canvas backpack, brown;
      2. Louis Vuitton Monogram Coated canvas wallet, brown;
      3. Louis Vuitton Monogram Coated canvas checkbook holder, brown;
      4. MCM half oval purse;
      5. MCM rectangular purse;
      6. Guccy purse, black with gold writing;
      7. Chanel wallet, black in box;
      8. Warby Parker Sunglasses with case;
      9. Gucci sunglasses tortoise shell;

oo. Tiffany & Co. Set of Two Champagne Flutes in gift box (24-FBI-008720);

pp. Miscellaneous Jewelry (24-FBI-008721):
    1. Sterling Silver and Cubic Zirconia 'Mom' necklace, Golden Gifts Jewelers box;
    2. Diamond and 14k White Gold Tennis Bracelet, Golden Sun Jewelry box;
    3. Sterling Silver Tiffany & Co. infinity cross necklace with box and papers from Tiffany;

qq. Miscellaneous Jewelry (24-FBI-008722):
    1. Stainless steel Mont Blanc Meisterstuck Watch, black bezel, Reference 7037, Case #PL76560;
    2. Stainless steel Breitling Super Ocean Steelfish date Watch with diamonds, Reference A17390, Case 1097510;
    3. Sterling silver and cubic zirconia Pandora "circle of sparkle" necklace;
    4. Sterling silver and cubic zirconia Pandora conjoined circle ring;

rr. All proceeds from the sale of Duo Lounge;

ss. All of William Smith's interests/assets related to CO2 Investments, LLC, including but not limited to a $50,000 investment held in escrow, and any dividend or payout he may be owed;

tt. Real property located at 1977 Woodbridge, Detroit, MI 48207 (25-FBI-002983), including the right of possession, and being more fully described as:

The Southerly 100 feet of Lot 3, Section 8, together with that part of Lot 2, Section 8, described as: Beginning at the Southeast corner of said Lot 3 and the North line of Woodbridge Street, 50.00 feet wide; thence Easterly along the North line of said Woodbridge Street, 14.00 feet; thence Northerly to a point which is 100.00 feet North of said Woodbridge Street and 7.02 feet East of the East line of said Lot 3; thence Westerly 7 .02 feet along a line which is 100.00 feet North of and

parallel to the North line of said Woodbridge Street to the East line of said Lot 3; thence Southerly along said East line of Lot 3 to the Southeast corner of Lot 3 and the Point of Beginning, SUBDIVISION OF THE ST. AUBIN FARM, SOUTH OF JEFFERSON A VENUE, according to the plat thereof as recorded in Liber 1 of Plats, page 35, Wayne County Records.

COMMONLY KNOWN AS: 1977 E. Woodbridge, Detroit, MI 48207

PARCEL ID: Ward 000091/Ward 09

TITLED TO: Biltmore Development Group, LLC;

uu. Real property located at 6405 Penrod, Detroit, MI (25-FBI-002984), including the right of possession, and being more fully described as:

LOT 503, Frischkorn's Highlands No. 2, Subdivision, according to the plat thereof recorded in Liber 41, on Page 23 of Plats, Wayne Country Records

COMMONLY KNOWN AS: 6405 Penrod, Detroit, Michigan

PARCEL ID: Ward 22 Item 078261

TITLED TO: William Smith and Kimberly Smith;

vv. Real property located at 11739 Heyden, Detroit, MI 48228 (25-FBI-002985), including the right of possession, and being more fully described as:

W HEYDEN N 42FT 32 MAPLES PARK SUB L53P9 PLATS, WC R 22/285 42 X 125

COMMONLY KNOWN AS: 11739 HEYDEN, DETROIT, MI 48228

PARCEL ID: 22099870

TITLED TO: YBE Property Group, LLC, William A Smith;

ww. Real property located at 12709 Cloverlawn, Detroit, MI 48238 (25-FBI-002986), including the right of possession, and being more fully described as:

Lot 92, JAMES S. HOLDEN COMPANY CLOVERLAWN, as recorded in Liber 46 page 14, of Plats, Wayne County Records

COMMONLY KNOWN AS: 12709 Cloverlawn, Detroit, Michigan 48238

PARCEL ID: Ward 16, Item No. 31483

      TITLED TO: William Smith and Charlotte R. Smith;

xx. $5,000.00 in lieu of real property located at 14026 Mark Twain, Detroit, MI 48223;

yy. Real property located at 15455 Gilcrest, Detroit, MI (25-FBI-002988), including the right of possession, and being more fully described as:

Land in the CITY of DETROIT, WAYNE County, State of MICHIGAN, LOT 181 CRESCENT HEIGHTS SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN LIBER 35 OF PLATS, PAGE 29, WAYNE COUNTY RECORDS

COMMONLY KNOWN AS: 15455 Gilchrist St., Detroit, Michigan

Tax Item Number: Ward 22 Item 65901

TITLED TO: KIMBERLY L. SMITH;

zz. Real property located at 15791 Murray Hill, Detroit, MI 48227 (25-FBI-002989), including the right of possession, and being more fully described as:

Land in the CITY of DETROIT, WAYNE County, State of MICHIGAN, LOT 378, B.E. TAYLOR'S LUANA SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN LIBER 40 0 PLAT, PAGE 51, WAYNE COUNTY RECORDS

COMMONLY KNOWN AS: 15791 Murray Hill, Detroit, MI 48227

PARCEL ID: Ward 22 / Item 60441

TITLED TO: WILLIAM SMITH AND KIMBERLY SMITH;

aaa. Real property located at 16500 Biltmore, Detroit, MI 48235 (25-FBI-002990), including the right of possession, and being more fully described as:

E BILTMORE 832 BE TAYLORS RAINBOW SUB L41 P75 PLATS, WC R 22/6 37.98 X 106.6

COMMONLY KNOWN AS: 16500 BILTMORE, DETROIT, MI 48235

PARCEL ID: 22063967

TITLED TO: YBE Property Group, LLC, William A Smith;

bbb. Real property located at 16510 Biltmore, Detroit, MI 48235 (25-FBI-002991), including the right of possession, and being more fully described as:

      Lot No. 831 B. E. Taylors Rainbow Subdivision, (Plats) as recorded in Liber 41, Page 75, Wayne County Records

      COMMONLY KNOWN AS: 16510 Biltmore, Detroit, MI 48235

      PARCEL ID: Ward 22 Item No: 063968
      TITLED TO: William Smith III;

ccc. Real property located at 16511 Biltmore, Detroit, MI, including the right of possession, and being more fully described as:

      Lot 802 of B.E. TAYLORS RAINBOW SUBDIVISION, as recorded in Liber 41 of Plats, Page 75, Wayne County Records

      COMMONLY KNOWN AS: 16511 BILTMORE, DETROIT, MI 48235

      PARCEL ID: 22-064460

      TITLED TO: William Smith;

ddd. Real property located at 16527 Biltmore, Detroit, MI 48235 (25-FBI-002993), including the right of possession, and being more fully described as:

      W Biltmore 804 B E Taylors Rainbow Sub L41 P75 Plats, W C R 22/6 40 X 107.03

      COMMONLY KNOWN AS: 16527 Biltmore, Detroit, MI 48235

      PARCEL ID: Ward 22 Item No: 064458

      TITLED TO: You Services, LLC;

eee. $67,432.83 sale proceeds in lieu of real property commonly known as Vacant Lots, Delta Pl., Idlewild, Michigan plus any additional funds realized after closing (25-FBI-003255);

fff. [Intentionally removed – forfeiture of 16551 Biltmore not pursued];

ggg. Real property located at 16700 Biltmore, Detroit, MI 48235 (25-FBI-002995), including the right of possession, and being more fully described as:

      Lot 817, B. E. Taylor's Rainbow Subdivision, as recorded in Liber 41, Page 75 of plats Wayne County Records

      COMMONLY KNOWN AS: 16700 Biltmore, Detroit, MI 48235

    PARCEL ID: Ward 22 Item No: 063968

    TITLED TO: William A. Smith;

hhh.  Real property located at 16717 Rutherford, Detroit, MI 48235 (25-FBI-002996), including the right of possession, and being more fully described as:

    LOT 71, PALMER FIELD SUBDIVISION, AS RECORDED IN LIBER 37, PAGE 7 OF PLATS, WAYNE COUNTY RECORDS

    COMMONLY KNOWN AS: 16717 Rutherford, Detroit, MI 48235

    PARCEL ID: Ward 22 / Item 056425

    TITLED TO: WILLIAM A. SMITH;

iii.  Real property located at 17125 W. McNichols, Detroit, MI 48235 (25-FBI-002997), including the right of possession, and being more fully described as:

    S--W MC NICHOLS RD 156 THRU 161 FAIRFIELD SUB L47 Pll PLATS, WC R 22/7 129.72 X 100

    COMMONLY KNOWN AS: 17125 W McNichols, Detroit, MI 48235

    PARCEL ID: 22013061-6

    TITLED TO: YBE Property Group, LLC, William A Smith;

jjj.  Real property located at 17207 W. McNichols, Detroit, MI 48235 (25-FBI-002998), including the right of possession, and being more fully described as:

    S--W MCNICHOLS S 80 FT 2 BE TAYLORS RAINBOW SUB L41 P75 PLATS, W C R 22/6 20 X 80

    COMMONLY KNOWN AS: 17207 W McNichols, Detroit, MI 48235

    PARCEL ID: 22013068

    TITLED TO: YBE Property Group, LLC, William A Smith;

kkk.  Real property located at 18901 W. McNichols, Detroit, MI 48219 (25-FBI-002999), including the right of possession, and being more fully described as:

    S--W MC NICHOLS E 60 FT OF 252 THRU 250 EXC MC NICHOLS RD AS WD MYLAND SUB L33 Pl O PLATS, W C R 22/443 60 X 85.59A

    COMMONLY KNOWN AS: 18901 W McNichols, Detroit MI 48219

    PARCEL ID: 22013201.001

    TITLED TO: YBE Property Group, LLC, William A Smith;

lll. Real property located at 18921 W. McNichols, Detroit, MI 48219 (25-FBI-003000), including the right of possession, and being more fully described as:

    S--W MC NICHOLS RD W 75 FT OF LOTS 252 THRU 250 EXC MC NICHOLS RD AS WE MYLAND SUB L33 Pl0 PLATS, WC R 22/445 75 X 86.91A

    COMMONLY KNOWN AS: 18921 W McNichols, Detroit MI 48219

    PARCEL ID: 22013201.002L

    TITLED TO: YBE Property Group, LLC, William A Smith;

mmm. Real property located at 21291 Equestrian, Northville, MI (25-FBI-003001), including the right of possession, and being more fully described as:

    Unit 69, Maybury Park Estates, a Condominium, according to the Master Deed recorded in Liber 32412, Pages 650 through 726, inclusive, as amended, and designated as Oakland County Condominium Plan No. 1609, together with rights in general common elements and the limited common elements as set forth in the above Master Deed and as described in Act 59 of the Public Acts of 1978, as amended.

    COMMONLY KNOWN AS: 21291 Equestrian Trail, Northville, Michigan 48167

    PARCEL ID: 22-32-401-077

    TITLED TO: William A. Smith and Kimberly L. Smith;

nnn. Real property located at 25307 Ross Drive, Redford Twp., MI 48239 (25-FBI-003002), including the right of possession, and being more fully described as:

    Lots 980 and 981, including½ vacated alley at the rear therof, B.E. TAYLOR'S GOLF AND COUNTY CLUB SUBDIVISION NO. 2, according to the Plat thereof as recorded in Liber 59 of Plats, Page(s) 16, Wayne County Records

    COMMONLY KNOWN AS: 25307 Ross Drive, Redford Twp., MI 48239

    PARCEL ID: 79-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-000

TITLED TO: Ross Drive LLC;

ooo. Real property located at 18966 Sussex, Detroit MI 48235 (25-FBI-003003), including the right of possession, and being more fully described as:

E SUSSEX 1787 BLACKSTONE PARK SUB NO 2 L49 P47 PLATS, WC R 22/237 40 X 119.50. NEZ HOMESTEAD CERT #NH2011-0226 RELATED PARCEL #27110226.

COMMONLY KNOWN AS: 18966 Sussex, Detroit, MI

PARCEL ID: 22046395

TITLED TO: 48235 PROPERTIES, LLC;

ppp. $86,398.97 sale proceeds in lieu of 2087 Holtz Lane, Atlanta plus any additional funds realized after closing (25-FBI-002166);

qqq. Real property located at 11914 Deepwater Ridge Way, Cypress, TX 77433 (25-FBI-003004), including the right of possession, and being more fully described as:

Lot Fifty-Four (54), Block One (1) of TOWNE LAKE SEC 61, an addition in Harris County, Texas, according to the map or plat thereof recorded in Film Code No. 693604 of the Map Records of Harris County, Texas

COMMONLY KNOWN AS: 11914 Deepwater Ridge Way, Cypress, TX 77433

TAX ID: 1420160010054

TITLED TO: William A. Smith;

rrr. Real property located at 203 James Trimm Dr, Leland, MS 38756-2211 (25-FBI-003005), including the right of possession, and being more fully described as:

Black Dog Add Lots 27 & 28 Lot Size 50 X 100 Plat-bk-0003 Pg 0015 Block 003 Deed Book 2042 Page 154 Parcel #30262400000

COMMONLY KNOWN AS: 203 James Trimm Dr, Leland, MS 38756-2211

PARCEL NO: 30262400000

TITLED TO: YBE Property Group, LLC;

sss. Tenant Street Sweeper S20 in the possession of William Smith at 12801 Inkster Rd., Livonia, MI (25-FBI-003691);

   ttt. Tenant Street Sweeper S30 in the possession of William Smith at 12801 Inkster Rd., Livonia, MI (25-FBI-003692);

   uuu. 2015 Load Trail Trailer in the possession of William Smith at 12801 Inkster Rd., Livonia, MI VIN: 4ZESA1017F1078715 (25-FBI-003693); and

   vvv. All right, title and interest in 2077 Hyde Park Drive, Detroit, MI 48207, including (a) the membership and membership certificate in the Hyde Park Cooperative Inc., 1969 Hyde Park Drive, Detroit, MI; and (b) all rights of occupancy, possession, and sale (to include all rights under the applicable Occupancy Agreement).

Any person who wishes to assert a legal interest in the above-listed property may, within 30 days of the final publication of this notice, or of the receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of said interest. The petition shall be signed by the petitioner under the penalty of perjury and shall set forth: (1) the nature and extent of the petitioner's right, title or interest to the above-listed property; (2) the time and circumstances of the petitioners acquisition of the right, title and interest; and (3) any additional facts supporting the petitioner's claim, and the relief sought. The address of the Court is:

        United States District Court
        Clerk of the Court
        Eastern District of Michigan
        231 W. Lafayette
        Detroit, Michigan 48226

A copy of the petition must be served on the United States Attorney at the following address:

        United States Attorney
        ATTN: (K. Craig Welkener)
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, Michigan 48226-3211

If no petitions are received within the time provided by this notice, the above-listed property will be disposed of by the United States in accordance with the applicable statutes.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No. 24-cr-20532
                                  Honorable Susan K. DeClercq

vs.

William A. Smith,

        Defendant.

---

**Certificate of Service**

---

It is hereby certified that service of the **Notice of Stipulated Preliminary Order of Forfeiture, as amended** and this **Certificate of Service** has been made on September 15, 2025, upon the following by certified mail and/or email as indicated below:

| | |
|---|---|
| Todd Perkins<br>Counsel for Kimberly L. Smith<br>Via email: tperkins@perkinslawgroup.net | Loren Smith<br>XXXXX Equestrian Tr<br>Northville, MI 48167 |
| William Smith III<br>XXXXX Biltmore St<br>Detroit, MI 48235 | Charlotte Smith<br>XXXXX Biltmore St<br>Detroit, MI 48235 |
| Sharah Rose<br>XXXX Hibiscus Way SW<br>Mableton, GA 30126 and<br>Via email: sharah.rose@gmail.com | Adam Clements<br>Counsel for Darrell Greer<br>Via email: aclements@perkinslawgroup.net |

Harold Gurewitz
Counsel for Jennifer Smith
Via email: hgurewitz@grplc.com

Creighton Gallup
Counsel for Hyde Park Cooperative
Via email: cgallup@pck-law.com

JPMorgan Chase Bank, N.A.
Attn: Legal Dept
700 Kansas Ln
Monroe, LA 71203

Quinn Gray
Counsel for JPMorgan Chase Bank, N.A.
Via email: qgray@trottlaw.com

HSBC Bank USA, National Association
Attn: Legal Dept
66 Grand Regency Blvd
Bradenton, FL 33510

Bank of America, N.A.
Attn: Legal Dept
21000 NW Evergreen Pkwy
Hillsboro, OR 97124

Ann Hall
Counsel for U.S. Bank
Via email: ann.hall@goldfeinpc.law

First Securities Financial Services, Inc.
Attn: Legal Dept
30150 Telegraph Rd Ste 320
Bingham Farms, MI 48025

Convergency Receivables, L.C.
Attn: Legal Dept
1574 42nd St NE #3
Cedar Rapids, IA 52402

MLA, Inc.
Attn: Legal Dept
30521 Schoenherr
Warren, MI 48088

MERS, Inc.
Attn: Legal Dept
PO Box 2026
Flint, MI 48501

Elizabeth Smith
Counsel for Midland Credit Management, Inc.
PO Box 2044
Warren, MI 48090

United Wholesale Mortgage
Attn: Legal Dept
585 South Blvd E
Pontiac, MI 48341

Argent Mortgage
Attn: Legal Dept
2100 Alt 19 N
Palm Harbor, FL 34683

Capital Group
Attn: Legal Dept
6455 Irvine Center Drive (IRV-S-02)
Irvine, CA 92618

Michigan Department of Treasury
PO Box 30199 Collections
Lansing, MI 48909

Trimm Family Association, LLC
Attn: Resident Agent
16510 Biltmore St
Detroit, MI 48235

CO2 Investments, LLC
Attn: Resident Agent
1363 E Fisher Fwy Ste 1
Detroit, MI 48207

Michael J. Olcese
Weber & Olcese P.L.C.
Counsel for Portfolio Recovery
Associates, LLC
PO Box 3006
Birmingham, MI 48012

Timothy E. Baxter / Bradley Johnson
Timothy E. Baxter & Associates, P.C.
Counsel for Kennicott Brothers Company
3250 Big Beaver Rd Ste 124
Troy, MI 48084

Geoffrey Weber
Weber & Olcese P.L.C.
Counsel for Cavalry SPV I, LLC
3250 Big Beaver Rd Ste 124
Troy, MI 48084

Arvin Zora
Counsel for MacRay Properties II LLC, aka
MacRay Harbor
Via email: azora@orlaw.com

Adam Clements
Counsel for You Services, LLC
Via email:
aclements@perkinslawgroup.net

Taylor Sellers
Taylor Sellers Law
Via email: taylor@taylorsellerslaw.com

Alter Ego Properties, LLC
Attn: Resident Agent
30 N Gould St Ste R
Sheridan, WY 82801 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

YBE Food Group LLC, DBA Duo Restaurant
and Lounge
Attn: Resident Agent
29555 Northwestern Hwy Ste 304
Southfield, MI 48304 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

Biltmore Entertainment Group LLC
Attn: Resident Agent
16510 Biltmore St
Detroit, MI 48235 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

48235 Properties, LLC
Attn: Resident Agent
16510 Biltmore
Detroit, MI 48235 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

YBE Property Group, LLC
Attn: Resident Agent
150 W Jefferson Ste 100
Detroit, MI 48226 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

YBE Tobacco Group, LLC
Attn: Resident Agent
33006 Seven Mile Rd Ste 172
Livonia, MI 48152 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

Ross Drive, LLC
Attn: Resident Agent
25307 Ross Dr
Redford, MI 48239 and
Via email to Attorney Todd Perkins:
tperkins@perkinslawgroup.net

Ross Drive, LLC
Attn: Resident Agent
33006 W Seven Mile Rd Ste 192
Livonia, MI 48152 and
Via email to Attorney Todd Perkins:
tperkins@perkinslawgroup.net

Caleb J. Shureb | Sogol Plagany Orlans Law Group Counsel for: Shellpoint Mortgage Servicing; Onity Group Inc; U.S. Bank Trust Company, National Association, As Trustee, As Successor-In-Interest To U.S. Bank National Association, As Trustee For The CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3; Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage

YBE Property Group, LLC
Attn: Resident Agent
269 Walker St Ste 418
Detroit, MI 48207 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

YBE Tobacco Group, LLC
Attn: Resident Agent
150 W Jefferson Ste 100
Detroit, MI 48226 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

Ross Drive, LLC
Attn: Resident Agent
221 W Lake Lansing Rd Ste 200
East Lansing, MI 48823 and
Via email to Attorney Todd Perkins:
tperkins@perkinslawgroup.net

Michigan Hurricanes Youth Program
XXXX Wagon Wheel Ln
Grand Blanc, MI 48439

4

Investment Trust 2005-1; and Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1 (collectively referred herein as the "Parties")
Via email: cshureb@orlans.com | splagany@orlans.com

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov
