

**FILED**
OCT 16 2025
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,             Case No. 24-cv-11626
                             Honorable Susan K. DeClercq

Vs.

WILLIAM ANTHONY SMITH,        Criminal No: 24-CR-20532

    Defendant.
_____/

Orlans Law Group PLLC
Sogol I. Plagany (P69690)
Caleb J. Shureb (P63350)
Attorneys for Petitioner,
Deutsche Bank National Trust Company, as Indenture Trustee
for American Home Mortgage Investment Trust 2005-1 / Serviced by Onity Group Inc.
P.O. Box 5041, Troy, Michigan 48007
(248) 502-1400 (phone)
splagany@orlans.com (email)
_____/

### PETITIONER'S CLAIM TO FORECLOSE FORFEITED PROPERTY

1. Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1 hereby makes a claim of interest in the subject property situated in the City of Detroit, County of Wayne, State of Michigan, and legally described as:

Lot 817, B.E. TAYLOR'S RAINBOW SUBDIVISION, as recorded in Liber 41, Page 75 of Plats, Wayne County Records.

TAX #: 22063982.

Commonly known as: 16700 Biltmore Street, Detroit, Michigan 48235 (the "Property") Listed as item "ggg" in the Notice of Stipulated Preliminary Order of Forfeiture.

2. On March 10, 2005, William Smith a/k/a William A. Smith, a married man and Kimberly Smith, his wife, signed and executed a mortgage (the "Mortgage") to Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for American Home Mortgage Acceptance, Inc. as security for the repayment of the loan under the terms of a Note; the Mortgage was recorded April 1, 2005 in Liber 42396, Page 2604, Wayne County Records, in the original amount of $69,600.00.

3. The Mortgage was assigned from Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for American Home Mortgage Acceptance, Inc. to Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1 via an Assignment of Mortgage recorded September 9, 2024, in Liber 59073, Page 1288, Wayne County Records.

4. The amount of the indebtedness secured by the Mortgage through October 8, 2025, is no less than $60,044.77.

5. The basis of this claim is that the Petitioner is the first mortgagee of record and intends to foreclose the subject property based upon the defaulted mortgage / note.

6. Wherefore, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1 makes a claim to foreclose the subject Property, by advertisement pursuant to MCL 600.3201 et. seq., for an amount not to exceed their total debt, plus allowable costs. Pursuant to MCL 600.3252 any overbid proceeds from the foreclosure will be held by the County Sheriff for distribution in accordance with their priority.

(Signature/ Notary page to follow).

Dated: October 10, 2025

/s/ Caleb J. Shureb
CALEB J. SHUREB (P63350)
Attorney for Deutsche Bank National
Trust Company, as Indenture Trustee
for American Home Mortgage
Investment Trust 2005-1

Subscribed and sworn to before me on this 10th day of October, 2025, by Caleb J. Shureb, attorney for Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

I certify under the penalty of perjury under the laws of the State of Michigan that the foregoing paragraph is true and correct.

/s/ Theresa L. Hall
Theresa L. Hall, Notary Public
State of Michigan, County of Macomb
Acting in the County of Oakland
My commission expires: August 14, 2029

