UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

WILLIAM A. SMITH,

     Defendant,

KIMBERLY SMITH, et al.,

     Petitioners.

_____/

Case Nos. 25-mc-50559;
25-mc-51245; 25-mc-51178

Honorable Susan K. DeClercq
United States District Judge

**ORDER CONSOLIDATING ANCILLARY PROCEEDINGS AND
CLOSING CASE NOS. 2:25-mc-51245; 2:25-mc-51178**

In these ancillary proceedings initiated by judgment against Defendant William A. Smith, *see* Case No. 2:24-cr-20532, ECF No. 36, the forfeiture and third-party petitions to certain property, brought pursuant to Rule 32.2(c), have commenced across various dockets. Most petitions were filed in Case No. 2:25-mc-50559, while some were filed in Case No. 2:25-mc-51245. On May 29, 2026, nearly all of the Parties to these proceedings[1] conveyed to this Court that they agreed to stipulate that it is in the interest of judicial economy to consolidate all petitions in

---

[1] Petitioner MacRay Properties II, LLC ("MacRay"), was contacted about the agreement but did not respond. It is the Government's belief that MacRay does not object.

Case No. 2:25-mc-50559.

However, another third-party claimant filed a petition under seal in Case No. 2:25-mc-51178, as well as a motion to keep the filings under seal. That petitioner did not agree to the consolidation out of concern for the preservation of the seal. But because this Court can preserve the sealed nature of the petition on a consolidated docket, this claimant's concern does not impact the Court's decision regarding consolidation.

Therefore, in accordance with the partially stipulated agreement of the Parties in Case Nos. 2:25-mc-50559 and 2:25-mc-51245, in the interests of judicial economy, and under this Court's inherent authority to manage its own docket, this Court will consolidate the ancillary proceedings. *See Reed v. Rhodes*, 179 F.3d 453, 471 (6th Cir. 1999) (holding that under the Civil rules, "district courts have wide discretion to manage their own dockets and decide issues which have consumed considerable resources").

Accordingly, it is **ORDERED** that Case No. 2:25-mc-50559 shall be the singular case for all of the ancillary proceedings, wherein all future filings in these ancillary proceedings must be **DOCKETED** in Case No. 2:25-mc-50559.

It is further **ORDERED** that:

1. The clerk shall **CONSOLIDATE Case No. 2:25-mc-51245 with Case No. 2:25-mc-50559** and **DOCKET** the petitions (ECF Nos. 1–6) filed in Case No. 2:25-mc-51245 on the docket in Case No. 2:25-mc-50559. All such petitions shall be considered filed for all purposes on the date that they were filed

- 2 -

originally in Case No. 2:25-mc-51245;

2. Upon consolidation with Case No. 2:25-mc-50559, Case No. 2:25-mc-51245 is **CLOSED**;

3. The clerk shall **CONSOLIDATE Case No. 2:25-mc-51178 with Case No. 2:25-mc-50559** and **DOCKET UNDER SEAL** the petition and motion to seal (ECF Nos. 1; 2) in Case No. 2:25-mc-51178 on the docket in Case No. 2:25-mc-50559. This petition shall be considered filed for all purposes on the date it was originally filed in Case No. 2:25-mc-51178;

4. Upon consolidation with Case No. 2:25-mc-50559, Case No. 2:25-mc-51178 is **CLOSED.**

**This order closes only Case Nos. 2:25-mc-51245 and 2:25-mc-51178.**

/s/ Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: June 5, 2026

**Stipulated and Agreed to By:**

| | |
|---|---|
| /s/ K. Craig Welkener | /s/Ann Gamboe Hall (with consent) |
| K. Craig Welkener (DC 1033585) | Ann Gamboe Hall, Esq. |
| Jessica A. Nathan (TX 24090291) | Counsel for Petitioner U.S. Bank |
| Assistant United States Attorneys | |
| 211 W. Fort Street, Suite 2001 | Dated: March 26, 2026 |
| Detroit, MI 48226 | |
| (313) 226-0248 (Welkener) | /s/Quinn W. Gray (with consent) |
| (313) 226-9643 (Nathan) | Quinn W. Gray, Esq. |
| Kenton.Welkener@usdoj.gov | Counsel for Petitioner Old National Bank by |
| Jessica.Nathan@usdoj.gov | and through its servicer, JPMorgan Chase Bank, N.A. |
| | |
| | Dated: March 27, 2026 |
| | |
| | /s/Sogol I. Plagany (with consent) |
| | Caleb J. Shureb, Esq. |

- 3 -

Sogol I. Plagany, Esq.
Counsel for Petitioner Deutsche Bank
National Trust Company, as Indenture
Trustee for American Home Mortgage
Investment Trust 2005-1 and also Petitioner
US Bank Trust Company, National
Association, as Trustee, As Successor-in-
interest to U,S, Bank National Association, as
Trustee for the CMLTI Asset-Backed Pass-
Through Certificates, Series 2007-AMC3,
Serviced by Shellpoint Mortgage Servicing

Dated: March 27, 2026